**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: October 14 2010

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re: Craig W. Wood     *     HON MARY ANN WHIPPLE

    *     Case No. 10-35927 W

    *

    *

Debtor     *

**STIPULATED ORDER AMENDING CHAPTER 13 PLAN**

     Now comes John P. Gustafson, Standing Chapter 13 Trustee and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on __8/27/2010_____.

☐ The Chapter 13 Plan payment after confirmation originally proposed in the amount of:
$_____ per month is hereby amended to
$_____ per month for the remaining ___ months for a total of ____ months.

☐ Fixed payments to the following creditor(s) shall be amended as follows:
_____ from _____ to _____
_____ from _____ to _____

☐ One half of all tax refunds annually for tax years_____;

☐ $_____ from tax refund for tax years _____;
shall be submitted to the Trustee by <u>April 15th</u> each year and copies of the tax returns are to be submitted to the Chapter 13 Trustee upon filing.
☒ The Debtor(s) agree(s) that no changes to tax withholdings shall be made without the written permission of the Trustee.
☒ The percentage to the unsecured creditors will be determined as the tax refunds are received.

☐ The Chapter 13 Plan originally providing for payments to be made for a period of _____ months is hereby amended and the plan payments shall be made for a period of _____ months.

☐ The Chapter 13 plan originally proposed at a percentage of _____% is hereby modified to the percentage of _____%.

☒ This case shall be reviewed after bar date January 10, 2011.

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS** <u>12th</u> **day of** <u>October</u>, 2010.

<u>/s/ John P. Gustafson</u>
**Standing Chapter 13 Trustee**

<u>/s/ Drew E. Wood</u>
**Attorney for Debtor**

<u>/s/ Craig W. Wood</u>
**Debtor**